UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA J. ROBLES, as Personal
Representative of the Estate of
MIGUEL A. MERCADO, deceased,

    Plaintiff,

v.                                                Case No. 8:19-cv-1293-TPB-AAS

GEICO INDEMNITY COMPANY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Amanda A. Sansone, United States Magistrate Judge, entered on February 19, 2021. (Doc. 168). Judge Sansone recommends that "GEICO Indemnity Company's Motion to Tax Costs" (Doc. 153) be granted in part and denied in part. Judge Sansone specifically recommends that GEICO be awarded $4,151.27 in taxable costs against Plaintiff. Neither party has filed an objection, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Sansone's report and recommendation, the Court adopts the report and recommendation. Consequently, GEICO's motion for to tax costs is granted in part and denied in part.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Sansone's report and recommendation (Doc. 168) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) "GEICO Indemnity Company's Motion to Tax Costs" (Doc. 153) is hereby **GRANTED IN PART** and **DENIED IN PART**.

(3) The motion is **GRANTED** to the extent that the Court finds that GEICO is entitled to an award of $4,151.27 in taxable costs against Plaintiff.

(2) The motion is otherwise **DENIED**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>12th</u> day of March, 2021.

 

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**